**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**HENRY LIMA PINEDA**
**and TERESA LIMA VARGAS**

**SHOOK, HARDY & BACON L.L.P.**
Amir Nassihi, Esq. (SBN 235936)
anassihi@shb.com
Joan R. Camagong, Esq. (SBN 288217)
jcamagong@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone:  (415) 544-1900
Fax:            (415) 391-0281

Attorney for Defendant,
**NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LIMA PINEDA, an individual, and TERESA LIMA VARGAS, an individual<br><br>            Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No: 2:22-cv-00239-MRW<br><br>Judge: Michael R. Wilner<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, HENRY LIMA PINEDA and TERESA LIMA VARGAS, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses remain outstanding, and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: April 2, 2024,                    QUILL & ARROW LLP

                                         By _/s/ Kevin Y. Jacobson_____
                                         Kevin Y. Jacobson, Esq.
                                         Allen Amarkarian, Esq.
                                         Attorneys for Plaintiffs,
                                         HENRY LIMA PINEDA
                                         TERESA LIMA VARGAS

Dated: April 2, 2024,                    SHOOK, HARDY & BACON L.L.P.

                                         By: /s/ Amir Nassihi_____
                                         Amir Nassihi, Esq.
                                         Joan R. Camagong, Esq.
                                         Attorney for Defendant
                                         NISSAN NORTH AMERICA, INC.