1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| HENRY LIMA PINEDA, an individual, and TERESA LIMA VARGAS, an individual, | Case No.: 2:22-cv-00239-SSC |
|---|---|
| Plaintiffs, | *Assigned to Magistrate Judge: Stephanie S. Christensen* |
| v. | **[PROPOSED] ORDER OF DISMISSAL** |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
2    Based on the stipulation of the parties, and good cause appearing therefore,
3 the stipulation is granted. The entire action, including all claims and counterclaims
4 stated herein against all parties, is hereby ORDERED dismissed with prejudice.
5
6    **IT IS SO ORDERED.**
7
8
9 DATE: August 21, 2024          By:_____
                                    Hon. Stephanie S. Christensen
10                                  United States Magistrate Judge